U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 3 0 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RICKY WAYNE GIPSON,<br>    Plaintiff<br><br>VERSUS<br><br>TIM KEITH, et al.,<br>    Defendants | CIVIL ACTION<br>SECTION CPC<br>NO. 1:14-CV-02278<br><br><br>JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Gipson's complaint against Warden Keith is dismissed without prejudice under Fed.R.Civ.P. 4(m).

IT IS FURTHER ORDERED that LeBlanc's motion to dismiss (Doc. 29) is GRANTED IN PART and that Gipson's action against LeBlanc in his individual capacity and for monetary damages against LeBlanc in his official capacity are DENIED AND DISMISSED WITH PREJUDICE.

LeBlanc's motion to dismiss (Doc. 29) is DENIED IN PART as to Gipson's action against LeBlanc in his official capacity for PROSPECTIVE DECLARATORY AND INJUNCTIVE RELIEF.

IT IS FURTHER ORDERED that Gipson's action against Medical Director Marr and CCA President Garner are DENIED AND DISMISSED WITH PREJUDICE.

It IS FURTHER ORDERED that Gipson's motion for summary judgment (Doc. 23) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 30th day of September 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE