RECEIVED
OCT 2 7 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RICKY WAYNE GIPSON | CIVIL ACTION 1:14-CV-02278 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| TIMOTHY KEITH, *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Gipson's Request for Relief from Judgment (Doc. 67) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 27th day of October, 2017.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE