U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 26 2018

TONY R. MOORE, CLERK
BY: _____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KEITH GIPSON | CIVIL ACTION 1:14-CV-02278 |
| VERSUS | JUDGE JAMES T. TRIMBLEM JR. |
| TIM KEITH, *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Gipson's motion for summary judgment (Doc. 94) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (Doc. 83) is **GRANTED**, and Gipson's action against LeBlanc and Walker, under both federal and state law, is **DENIED AND DISMISSED WITH PREJUDICE**.

**THUS ORDERED AND SIGNED** in Chambers at Alexandria, Louisiana on this 26th day of March, 2018.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE